IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANTOS GARCIA, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-3190 |
| | § | |
| ESCALANTE'S COMIDA FINA, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff filed an agreed motion to reset the hearing for settlement approval (Docket Entry No. 9). The motion is granted. The motion hearing on the parties' joint motion to approve the settlement is reset to **December 14, 2010, at 11:00 a.m.**, in Courtroom 11-B

SIGNED on December 9, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge